**IN the INTEREST OF: H.S.S., M.C.S. and E.J.S.**

**No. ED 104849**

Missouri Court of Appeals, Eastern District, DIVISION ONE.

Filed: July 18, 2017

FOR APPELLANT: Casey J. Welch, David W. Brown, 2801 St. Mary's Ave., P.O. Box 962, Hannibal, MO 63401.

FOR RESPONDENT: Casey M. Brooks, 45 Business Park Dr., Troy, Mo 63379, Kimberly D. Tomko, Guardian Ad Litem, 116 South Lincoln Dr., Ste. B, Troy, MO 63379.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Anna Marie Bledsoe appeals the trial court's termination of her parental rights over her three minor children H.S.S., M.C.S., and E.J.S. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).